IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>) <br>**v.**    )<br>)<br>**SCHEMILLIA LEVERA FENN** ) | **CRIMINAL ACTION NO.**<br>**2:25cr216-MHT**<br>**(WO)** |

**ORDER**

Upon consideration of the government's motion to strike the forfeiture allegation from the indictment, it is ORDERED that the motion (Doc. 118) is granted, and the forfeiture allegation is stricken from the indictment (Doc. 1) as to defendant Schemillia Levera Fenn.

DONE, this the 29th day of October, 2025.

                                      **/s/ Myron H. Thompson**
                                  **UNITED STATES DISTRICT JUDGE**