IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:25cr216-MHT
                            )            (WO)
SCHEMILLIA LEVERA FENN      )
```

### ORDER

Counsel for both the government and defendant Schemillia Levera Fenn having orally informed the court that they agree the motion for reduction in criminal offense level for acceptance of responsibility (Doc. 133) should have been denied, it is ORDERED that:

(1) The oral order granting the motion (Doc. 158) is vacated.

(2) The motion for reduction in criminal offense level for acceptance of responsibility (Doc. 133) is denied.

DONE, this the 15th day of January, 2026.

                                     /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE